_____

**SO ORDERED,**

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 3, 2020**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT-6 DIVISIONAL OFFICE

**RE:**

|  |  |  |
|---|---|---|
| | * | |
| **DONNA MICHELLE MILLS,** | * | **CASE NO.: 19-51435-KMS** |
| | * | |
| **Debtor.** | * | |

## ORDER TERMINATING THE AUTOMATIC STAY

This matter came before the Court on the Motion for Relief from Stay of **Capital One Auto Finance, a division of Capital One, N.A.** Doc. # 27 seeking relief from the automatic stay imposed by 11 U.S.C. § 362 (a) as it relates to the enforcement of the lien against personal property described as:

**2011 Nissan Altima-4 Cyl. Sedan 4D S   Vin Number:1N4AL2AP2BN427338**

The same came before the court with a Response Due Date to file a written response explaining Debtor's position. No response was filed and the same is due be Granted.

Therefore, it is ORDERED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated as it relates to the enforcement of the lien held by Creditor against the property described above.

##END OF ORDER#

Order Submitted by:
Wesley H. Blacksher Bar103026
blacksherw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015